UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| DARREN K. MCADAMS, | Civil No. 04-108 (RHK/JSM) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

_____

Pursuant to the Stipulation of Dismissal executed by the parties, which Stipulation is incorporated herein by reference,

**IT IS ORDERED** the above-entitled matter is hereby **DISMISSED, WITH PREJUDICE**, on the merits, with each party to bear its own attorney's fees, costs, disbursements, and expenses.

Dated: October 18, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge